**Anthony J. Brass**
Attorney at Law
_____
3223 Webster Street, San Francisco, California 94123.   Telephone (415) 922-5462 Facsimile (415) 346-8987

March 27, 2007

Karen Hom
Clerk to the Honorable Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    United States v. Collins et al., CR 07 0045 SI

Dear Ms. Hom:

This letter is to confirm that I have asked that the detention hearing for my client, Peter Collins, currently on calendar for Thursday March 29, 2007 at 10:30 AM be taken off calendar. I am requesting the detention hearing be cancelled without prejudice.

Should you require anything further, please do not hesitate to contact me.

Very truly yours,
LAW OFFICES OF ANTHONY J. BRASS

/s/ Anthony J. Brass

Anthony J. Brass

Dated: March 27, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA