SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER DANIEL COLLINS, ) <br>    a/k/a John Hollins, ) <br> EMILY KATHERINE WEITZEL, ) <br>    a/k/a Julie Andrews, and ) <br> DANIEL IVAN PORTER, ) <br> ) <br>    Defendants. ) <br> _____ ) | No. CR 07 0045 SI <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 16, 2007 TO MARCH 23, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION** <br> **(18 U.S.C. § 3161(h)(8)(A))** |

     Defendants Peter Daniel Collins, Emily Katherine Weitzel, and Daniel Ivan Porter appeared before the Court on February 16, 2007. With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status hearing on March 23, 2007 at 11:00A.M. before the Honorable Susan Illston, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from February 16, 2007 to March 23, 2007. The parties agreed, and the Court found and held, as follows:

     1. The defendants agreed to an exclusion of time under the Speedy Trial Act.

Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The case is also complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act..

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 16, 2007 to March 23, 2007, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 16, 2007 to March 23, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (B)(ii), & (B)(iv).

IT IS SO STIPULATED.

DATED: May 11, 2007

_____/s_____
ROBERT DAVID REES
Assistant United States Attorney

DATED: May 11, 2007

_____/s_____
STEVEN KALAR, ESQ.
Attorney for Defendant Porter

DATED: May 11, 2007

_____/s (Robert Tayac for)_____
BRIAN GETZ, ESQ.
Attorney for Defendant Weitzel

DATED: May 11, 2007

_____/s_____
ANTHONY BRASS, ESQ.
Attorney for Defendant Collins

IT IS SO ORDERED.

DATED:_____      _____
HON. SUSAN ILLSTON
United States District Judge

2