IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DANIEL IVAN PORTER,<br><br>         Defendant. | No.  CR 07 0045 SI<br><br>[PROPOSED] STIPULATED ORDER VACATING MOTIONS BRIEFING SCHEDULE |

     Counsel for the government and for the defense have agreed to a revised briefing schedule before this Court on Mr. Porter's motion to suppress evidence arising from the placement of GPS devices and a garbage search.  The defense motion is due today, June 8, 2007.

     Since setting that briefing schedule, the parties have obtained a proprietary software program that allows one to view the GPS data.  However, the parties have since learned that an additional, commercially available program is required to work in tandem with the proprietary software in order to view the data.  The government and defense counsel have worked to resolve this issue, and anticipate purchasing the commercially available software in short order.  Because the parties do not have this additional software yet, however, counsel for the defense is unable to file a comprehensive brief on the subject today.  (The garbage-suppression motion will be a smaller part of the larger GPS suppression motion).

     At this time, the parties request that the briefing schedule be vacated.  As soon as the parties

*Porter*, CR 07 0045 SI
ORD. RE: BRIEFING SCHEDULE

1 receive the additional software and can evaluate the information, the parties anticipate filing a
2 stipulated proposal for a briefing schedule on the motion. Accordingly, the parties jointly and
3 respectfully request that the Court vacate the GPS motion briefing schedule at this time based on
4 good cause shown.

6 IT IS SO STIPULATED.

8 June 8, 2007                              _____/s_____
  DATED                                     SCOTT SCHOOLS
                                            United States Attorney
9                                           Northern District of California
                                            ROBERT REES
10                                          Assistant United States Attorney

12 June 8, 2007                             _____/s_____
   DATED                                    BARRY J. PORTMAN
13                                          Federal Public Defender
                                            Northern District of California
14                                          STEVEN G. KALAR
                                            Assistant Federal Public Defender

16 IT IS SO ORDERED.

18 _____          HON. SUSAN ILLSTON
   DATED                                     United States District Court Judge

*Porter*, CR 07 0045 SI
ORD. RE: BRIEFING SCHEDULE                  2