SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER DANIEL COLLINS,<br>    a/k/a John Hollins,<br>EMILY KATHERINE WEITZEL,<br>    a/k/a Julie Andrews, and<br>DANIEL IVAN PORTER,<br><br>    Defendants. | No. CR 07 0045 SI<br><br>**[PROPOSED] ORDER AND STIPULATION RE: RELEASE OF CERTAIN PROPERTY** |

The parties hereby stipulate that the following items seized during the execution of the search of 1226 G Street, Apartment 4, Eureka, California 95501 on November 8, 2006 be released from the custody of the Humboldt County Sheriff's Department and returned to Katherine Nichols: (1) white socks and T-shirts from Anchor Blue; (2) Kodack [sic] digital camera; (3) tax papers; and (4) storage receipt from Mid/Town storage.

The parties further stipulate that the following items seized during the execution of the search of 1146 Gassoway Road, Apartment 10, McKinleyville, California 95519 on November 2, 2006 be released from the custody of the Humboldt County Sheriff's

Department and returned to Daniel Porter: (1) keys from the kitchen table; and (2) student loan indicia.

IT IS SO STIPULATED.

DATED: May 31, 2007

                /s_____
ROBERT DAVID REES
Assistant United States Attorney

DATED: June 27, 2007

                /s_____
STEVEN KALAR, ESQ.
Attorney for Defendant Porter

DATED: May 31, 2007

                /s_____
BRIAN GETZ, ESQ.
Attorney for Defendant Weitzel

DATED: July 5, 2007

                /s_____
ANTHONY BRASS, ESQ.
Attorney for Defendant Collins

IT IS SO ORDERED.

DATED:

_____
HON. SUSAN ILLSTON
United States District Judge