IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0045 SI |
| Plaintiff, | **ORDER DENYING PENDING MOTIONS AS MOOT** |
| v. | |
| DANIEL IVAN PORTER, et al., | |
| Defendants. | |

All defendants have entered guilty pleas. Accordingly, the remaining pending motions (docket nos. 21, 42, 46, 52, 68 and 69) are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 7, 2007

SUSAN ILLSTON
United States District Judge