| | |
|---|---|
| 1 | Philip A. Fant (SBN 154600) |
| | COZEN O'CONNOR |
| 2 | 425 California Street, Suite 2400 |
| | San Francisco, California 94104 |
| 3 | Telephone: 415.617.6100 |
| | Facsimile: 415.617.6101 |
| 4 | E-Mail: pfant@cozen.com |
| 5 | Attorneys for Lexington Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 07 0045 SI |
| | ) | |
| Plaintiff, | ) | Hearing Date: November 9, 2007 |
| | ) | Time: 11:00 a.m. |
| vs. | ) | Courtroom No. 10 |
| | ) | |
| PETER DANIEL COLLINS, EMILY KATHERINE WEITZEL, AND DANIEL IVAN PORTER, | ) ) | **[SECOND PROPOSED] ORDER FOR RELIEF UNDER 18 U.S.C. § 3771** |
| | ) | |
| Defendants. | ) | |

Having considered the motion of Lexington Insurance Company for relief under 18 U.S.C. § 3771,

IT IS ORDERED that the motion is GRANTED and that:

1) the recovered stolen cash in the amount of $151,495, currently in the custody of the Sheriff of Humboldt County, California, be released forthwith to the order of Lexington Insurance Company;

2) all rights, title and interest in one black 2005 Ford Mustang automobile (Washington license plate No. 554SVZ and VIN No. 1ZVFT80N355101083), currently registered to Peter D. Collins, is hereby transferred from defendant Peter Collins to Lexington Insurance Company, and defendant Collins shall execute whatever documents necessary to effect said transfer and said automobile shall be released to Lexington Insurance Company or its designated agent;

Order For Relief Under U.S.C. 3771  Case No. CR 07 0045 SI   1

3) the two recovered Western Union money orders, each payable to defendant Daniel Porter in the amount of $950, shall be endorsed by defendant to the order of Lexington Insurance Company and shall be delivered to Lexington Insurance Company or its designated agent.

DATED: 11/16/07

_____
UNITED STATES DISTRICT JUDGE