**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PETER COLLINS,<br><br>　　　　Defendants. | Case No.: CR 07 0045 SI<br><br>Stipulation to Modify Conditions of Release; Proposed Order |

**IT IS AGREED** by the parties, through their undersigned attorneys that the conditions for the pretrial release be modified for defendant as follows: Defendant may leave Cornell Corrections facility at the discretion of staff and pre-trial services for legitimate purposes such as searching for a job, to attend church, and to purchase hygiene products.

Dated: 11/29/2007

　　　　　　　　　　　　　　　　　　　　　/s/ Rob Reece
　　　　　　　　　　　　　　　　　　　　　ROB REECE
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　/s/ Anthony Brass
　　　　　　　　　　　　　　　　　　　　　ANTHONY J. BRASS
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　PETER COLLINS

ORDER

FOR GOOD CAUSE SHOWN, and by stipulation of the parties,

IT IS ORDERED that the pre-trial release conditions be modified to allow Defendant to leave Cornell Corrections facility at the discretion of staff and pre-trial services for legitimate purposes such as searching for a job, to attend church, and to purchase hygiene products.

Dated: 12/7/07

UNITED STATES ~~MAGISTRATE~~ JUDGE