SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PETER DANIEL COLLINS,<br>  a/k/a John Hollins,<br>EMILY KATHERINE WEITZEL,<br>  a/k/a Julie Andrews,<br><br>    Defendants. | No. CR 07 0045 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EVIDENCE OBTAINED IN A CRIMINAL INVESTIGATION** |

    The United States and defendants Peter Daniel Collins ("Collins") and Emily Katherine Weitzel ("Weitzel") stipulate and agree to the following regarding release of items seized during the investigation of the above-captioned case:

1. Search of 2001 Central Ave, Unit 2116, McKinleyville, CA ("Rainbow Storage"): Release all items to Weitzel, Collins, or their representatives.

//

Stipulation Re: Evidence, CR 07 45 SI

2. Search of Black Ford Mustang, WA license number 554SVZ: Destroy 12 gauge sawed-off shotgun and Browning .32 cal. auto. pistol serial number 8855. Car has previously been ordered released to Lexington Insurance Company.

3. Search of 12609 52nd Dr. N.E., Marysville, WA: Release all non-cash items to Weitzel, Collins, or their representatives. Cash has previously been ordered released to Lexington Insurance Company.

4. Searches of Audiovox, Motorola, and Kyocera cell phones: Release cell phones to Weitzel, Collins, or their representatives.

5. Records searches of Yahoo, Mfire, SBC Internet Services, Cingular Wireless, Cellular, Sprint, any cellular telephone towers, and any cell phones or computers: Destroy all items.

    IT IS SO STIPULATED.

DATED: December 18, 2007            _____/s_____
                                    ROBERT DAVID REES
                                    Assistant United States Attorney

DATED: December 17, 2007            _____/s_____
                                    BRIAN GETZ, ESQ.
                                    Attorney for Defendant Weitzel

DATED: December 18, 2007            _____/s_____
                                    ANTHONY BRASS, ESQ.
                                    Attorney for Defendant Collins

    IT IS SO ORDERED.

DATED: _____       _____
                                    HON. SUSAN ILLSTON
                                    United States District Judge

Stipulation Re: Evidence, CR 07 45 SI        2